UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. WILSON,

    Petitioner,

v.

R. GROUNDS, Warden,

    Respondent.

Case No. 15-cv-03805-HSG (PR)

**JUDGMENT**

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  8/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge